FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 NOV 24  PM 12: 08

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAURIE WEISS STRONG** | **CIVIL ACTION** |
| VERSUS | NO. 04-3214 |
| **UNIVERSITY HEALTHCARE SYSTEM, L.C.** d/b/a Tulane University Hospital and Clinic | SECTION SECT. F MAG. 2 |
| | JURY DEMAND |

## COMPLAINT

The Complaint of Laurie Weiss Strong with respect represents:

### Parties

**1.**

Plaintiff is Laurie Weiss Strong, a person of the age of majority and a resident of the Parish of Orleans, State of Louisiana.

**2.**

Defendant is University Healthcare System, L.C., doing business as Tulane University Hospital and Clinic (hereinafter "Tulane University Hospital), a corporation organized under the laws of the State of Louisiana and doing business within the Eastern District of Louisiana. Defendant is an employer within the meaning of Section 701(b) of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. §2000e(b), and La. R.S. 23:302(2).

_Fee_ 150
_✓ Process_
_X Dktd_
___ CtRmDep
___ Doc. No. 1

3.

## Jurisdiction

This is an action for declaratory and other equitable relief and monetary relief for sex-based discrimination and harassment in employment and retaliation. Jurisdiction is based on Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. §2000e-5(f)(3) ("Title VII"); 28 U.S.C. §§ 1367 and 2201. Plaintiff further invokes the supplemental jurisdiction of this Court to hear claims arising under state law, including claims arising under the Louisiana Employment Discrimination Law, La. R.S. 23:301 *et seq.*, and the Louisiana Whistleblower Statute, La. R.S. 23:967.

4.

## Venue

Venue lies in this Court as the unlawful employment practices made the basis of this suit occurred within the Eastern District of Louisiana.

## Facts Common to all Claims

5.

Plaintiff, a female, worked as a nurse coordinator in the Abdominal Transplant Center of Tulane University Hospital from April 8, 2002 until March 31, 2004. During this time, plaintiff properly performed all of the duties and responsibilities of her position. Douglas P. Slakey, M.D., a male who is employed by Tulane University, served as the Director for the Tulane Center for Abdominal Transplantation throughout plaintiff's employment.

6.

While plaintiff was employed by Tulane University Hospital, Dr. Slakey subjected her and other female employees to a pattern of sex-based discrimination and harassment.

**7.**

In December 2003, plaintiff reported to Susan Andrews, Tulane University Hospital's Vice-President of Abdominal Transplant, that Dr. Slakey had created a hostile work environment for female nurses in the Abdominal Transplant Center. Plaintiff made the complaint on behalf of a group of female nurses.

**8.**

Defendant failed to take any corrective action in response to plaintiff's complaint.

**9.**

On March 12, 2004, plaintiff was suspended with pay, despite the fact that she had done nothing that warranted suspension or discipline of any kind. Plaintiff was not given any reason for the suspension. On March 22, 2004, an attorney for University Healthcare System, L.C. wrote to plaintiff's attorney that "[t]he Hospital is currently investigating concerns that have been raised regarding Ms. Strong's performance of her job duties. Ms. Strong will be interviewed regarding her side of these issues once it is determined what, exactly, the issues are." On March 25, 2004, plaintiff was told that she was suspended due to "performance issues." Defendant had never raised issues related to plaintiff's performance before plaintiff complained about Dr. Slakey's behavior. Plaintiff was fired on March 31, 2004.

**10.**

Tulane University Hospital suspended and later terminated plaintiff in order to retaliate against her for complaining about Dr. Slakey's behavior.

**11.**

Plaintiff has suffered and continues to suffer damages, including but not limited to loss of income, benefits and seniority. Plaintiff has also suffered and continues to suffer mental pain and anguish as a result of defendant's actions. Plaintiff is entitled to compensatory damages for these injuries.

**12.**

Plaintiff timely filed a formal charge of discrimination and retaliation with the Equal Employment Opportunity Commission and has timely filed suit in this Court.

**13.**

Plaintiff is entitled to trial by jury.

### First Claim: Claim Under Title VII

**14.**

Plaintiff reiterates herein the allegations of paragraphs 5 through 13.

**15.**

The actions, conduct, and practices complained of constitute purposeful sex-based discrimination and retaliation against plaintiff in violation of Title VII.

**16.**

Plaintiff has suffered and continues to suffer damages, including but not limited to loss of back pay, benefits, and seniority, and damages for mental pain and suffering.

**17.**

In failing to take corrective action in response to plaintiff's complaint and in retaliating against her, defendant acted with malice or reckless indifference to plaintiff's federally protected rights, so as to entitle her to punitive damages under 42 U.S.C. § 1981a(b)(1).

**18.**

Defendant is liable to plaintiff for reasonable attorney's fees and costs under 42 U.S.C. § 2000e-5(k).

### Second Claim: Claim Under the Louisiana Employment Discrimination Law

**19.**

Plaintiff reiterates herein the allegations of paragraphs 5 through 13.

**20.**

Defendant is liable to plaintiff under La. R.S. 23:301 *et seq.* for intentional discrimination against plaintiff based on her sex.

**21.**

Plaintiff has suffered and continues to suffer damages, including but not limited to compensatory damages, back pay, benefits, and reinstatement or front pay.

**22.**

Plaintiff is entitled to reasonable attorney's fees and costs under La. R.S. 23:303.A.

### Third Claim: Claim Under Louisiana Whistleblower Statute.

**23.**

Plaintiff reiterates herein the allegations of paragraphs 5 through 13.

**24.**

Defendant is liable to plaintiff under La. R.S. 23:967.A.(1) and (3).

**25.**

Plaintiff has suffered and continues to suffer damages as a result of defendant's actions in violation of La. R.S. 23:967, including but not limited to compensatory damages, back pay and benefits. Plaintiff is also entitled to reinstatement to her former position.

**26.**

Plaintiff is entitled to reasonable attorney's fees and costs under La. R.S. 23:967C.(2).

WHEREFORE plaintiff prays that, after due proceedings, there be judgment in her favor and against defendant University Healthcare System, L.C. d/b/a/ Tulane University Hospital and Clinic:

(1) declaring that defendant's actions violated plaintiff's rights under Title VII of the Civil Rights Acts of 1964, 42 U.S.C. §2000e-5(f)(3), as amended by the Civil Rights Act of 1991; La. R.S. 23:301 *et seq.*; and La. R.S. 23:967;

(2) awarding plaintiff front pay; alternatively, ordering that plaintiff be reinstated to her former position, or to such position as she would have achieved absent her termination;

(3) awarding plaintiff back pay, including prejudgment interest, and any other benefits or seniority to which she may have been entitled or which she may have lost as a result of the discrimination or retaliation against her;

(4) awarding plaintiff compensatory damages under Title VII of the Civil Rights Acts of 1964, as amended by the Civil Rights Act of 1991, La. R.S. 23:301 *et seq.*; and La. R.S. 23:967;

(5) awarding plaintiff punitive damages under Title VII of the Civil Rights Acts of 1964, as amended by the Civil Rights Act of 1991;

(6) awarding plaintiff attorney's fees and costs under Title VII of the Civil Rights Acts of 1964, as amended by the Civil Rights Act of 1991; La. R.S. 23:301 *et seq.*; and La. R.S. 23:967.C.(2);

(7) granting plaintiff trial by jury; and

(8) awarding plaintiff such other relief as is just and equitable.

Respectfully submitted,

MAUREEN BLACKBURN JENNINGS, PLC

_____
Maureen Blackburn Jennings, T.A.
La. Bar No. 3100
5500 Prytania Street, #115
New Orleans, LA  70115
(504) 269-1099
(504) 269-8428 (fax)

and

MURPHY & McKNIGHT, LLC
Robert E. McKnight, Jr.
La. Bar No. 22114
P.O. Box 30210
New Orleans, LA  70190-0210
(504) 522-1102
(504) 522-1104 (fax)

Attorneys for plaintiff Laurie Weiss Strong